UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE: Joann Green McIntyre  
SSN: XXX-XX-4726

CASE NO. 21-11555-JCO-13

## ORDER TO DEBTOR'S EMPLOYER RELEASING WAGES

It is ORDERED that the Wage Order heretofore issued to:

    COASTAL FOREST RESOURCES CO  
    P. O. BOX 1128  
    ATTN: PAYROLL  
    HAVANA, FL 32333

in the above styled case is hereby released.

The employer is hereby authorized to give all future wages directly to the debtor.

DATED: February 06, 2023

JERRY C. OLDSHUE  
CHIEF U.S. BANKRUPTCY JUDGE

BY: Christopher Conte  
    CHAPTER 13 TRUSTEE

CC: Joann Green McIntyre  
    501 Thomas Road  
    Evergreen, AL 36401-1439

    Bond & Botes of Mobile, P.C.  
    P. O. Box 1664  
    Montgomery, AL 36102

    U.S. BANKRUPTCY COURT  
    113 ST. JOSEPH STREET  
    MOBILE, AL 36602